**Exhibit A to the Complaint**

**Location:** Columbiana, OH  **IP Address:** 98.219.145.50
**Total Works Infringed:** 61  **ISP:**  Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 324EC61E71465F4386CB6D0BEB19E8C18D533ABD<br>File Hash:<br>868D6D210F82788A4E0BC13A7CB5AE0D7C95BA237597E577C619A04A6DF583F0 | 07-06-2023 15:31:33 | Tushy | 06-25-2023 | 07-13-2023 | PA0002420342 |
| 2 | Info Hash: CAB13F5D363EA24150E8EA3ED5055E563F3F07E3<br>File Hash:<br>B55C655D5F08B708A76FBA918681A695C0689B9E0BAF2FF1FE931BDE669379C0 | 01-10-2023 22:47:43 | Tushy | 01-08-2023 | 01-27-2023 | PA0002393072 |
| 3 | Info Hash: 2E35D1DFCCF96D478CAB034DFC0715664BA7F4DD<br>File Hash:<br>C4230143A2AD8F01C63706C50E2D71A7A83C8BC2A4E482EDE908854AC98D8243 | 01-04-2023 19:52:27 | Tushy | 06-15-2017 | 07-07-2017 | PA0002070815 |
| 4 | Info Hash: 6D362284F763FA334E0C624BFBF5963E9E6084C1<br>File Hash:<br>2DA286FDCAB64FA3AA43DB9E4818169865527829FDBA4096505C59FD576B9C89 | 12-21-2022 19:51:24 | Blacked Raw | 12-20-2022 | 01-09-2023 | PA0002389608 |
| 5 | Info Hash: C7FEB8BCFF4D37F2A44B5ECF2B9B51E85EFCBE3B<br>File Hash:<br>5A0A1F0D0F5DF853C165F304720FB95BC242BEE8B351824489CDF46A9133CDBF | 12-12-2022 17:01:12 | Vixen | 12-09-2022 | 02-21-2023 | PA0002401000 |
| 6 | Info Hash: 580E5F377A9B21CE08E2D9838137776B28D9701F<br>File Hash:<br>0B2FBEF512B6EB27306D790E5A2AFF94249B81068695BFD92C70456AD5C0DDAB | 12-11-2022 21:08:26 | Blacked Raw | 12-10-2022 | 01-10-2023 | PA0002389572 |
| 7 | Info Hash: 110A977EC579A0C615470034576E208FE87EE9CE<br>File Hash:<br>EC7652DD9E427D069701EC437FA0E36B4F9ABB30E0D3B590BCBCADE9462F80BF | 11-19-2022 03:54:27 | Vixen | 11-18-2022 | 12-11-2022 | PA0002384397 |
| 8 | Info Hash: 7DFD7054EC044D7382229CAC29482FF09B4A78B4<br>File Hash:<br>BCDD15907FDBD565AE5238658FBD2C07E950E8AEA04D6FB530B337FD59252F27 | 11-04-2022 01:21:22 | Blacked Raw | 10-31-2022 | 12-11-2022 | PA0002384770 |
| 9 | Info Hash: 81F168AE4D617B492ABE43FD31EB38D8A5B5BCA5<br>File Hash:<br>B51FACD2FC56DAE63E9AC46634D88BB4CEE03E6887A99467095C8C6435C3F91C | 10-20-2022 18:06:00 | Blacked Raw | 10-16-2022 | 11-01-2022 | PA0002378071 |
| 10 | Info Hash: 3BC22005E2AFC76A838931DCA776BBA6A7235CD8<br>File Hash:<br>52978CFAE6E89E7576A6ACF227919E58FF957546FD0FBEF1FBECBE1294075FED | 10-11-2022 19:54:42 | Blacked | 10-08-2022 | 11-01-2022 | PA0002378074 |
| 11 | Info Hash: 5C0014C76C51C1431405819CE4F5A0B2725F0906<br>File Hash:<br>D494466B3962C90B00FE47359A5E4D8C92376AE96972CA861A1C54C9A56217B1 | 09-30-2022 22:34:12 | Blacked | 09-13-2021 | 10-05-2021 | PA0002315289 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: A4E9CA40EE8821E51440C447F95F66F100EAA306<br>File Hash: 2AE84BF08DB5611E718A7CD13EF0D3C03DC9128FF56053E3CE0DCD40E86805C4 | 09-30-2022 22:20:03 | Blacked | 09-02-2019 | 09-13-2019 | PA0002200702 |
| 13 | Info Hash: 59F5748C99C5EE7305DBE67A6C41280277888F94<br>File Hash: F21DEBDA72FFC50FC6BF5E2D723B3D8B6764498A37F5F235FFA2D2B9802569EF | 09-30-2022 22:19:12 | Blacked | 04-20-2017 | 06-15-2017 | PA0002037578 |
| 14 | Info Hash: 2B4E5FBE9A927FC690DCC374EAA5603EDCFB0407<br>File Hash: 476529168901105AFEE926578A09705C375BF442ECA9556CBF45551B752EB5F1 | 09-30-2022 22:18:33 | Blacked | 12-04-2021 | 12-09-2021 | PA0002325833 |
| 15 | Info Hash: F24E5D8E7E0FB003E73A8D8166C0D98FE0D1B43E<br>File Hash: 72530576E4A3D5E06B03AE32295796D851EEF1873B88F597FAC2528FD8294783 | 09-21-2022 00:56:14 | Blacked Raw | 09-16-2022 | 10-05-2022 | PA0002373764 |
| 16 | Info Hash: 88620B073A78B5264AADA5BCF92E3754C8168416<br>File Hash: 00FDD1FDE04C8587F3CC14942E05965765D7812FF108DDF80F33FAF764AB4A57 | 09-09-2022 20:04:36 | Blacked Raw | 09-01-2022 | 11-24-2022 | PA0002388645 |
| 17 | Info Hash: 995EDCB1EB9346A9201A7D7D983C451A99226581<br>File Hash: 33E2DEF2AAC1F6DFE6DD74894160F8807285A81BB574338E1A11CB5705EF4C47 | 09-09-2022 20:01:48 | Blacked Raw | 09-06-2022 | 10-05-2022 | PA0002373770 |
| 18 | Info Hash: BE12BC47B9E8402E60F764439965F58677EA2C40<br>File Hash: 37B0125CE7B2426E3BFD90B5564EA53F57F42E24B8E3BEEF272DAADA834740EE | 08-30-2022 21:24:00 | Blacked | 08-27-2022 | 10-05-2022 | PA0002373768 |
| 19 | Info Hash: 5D1578FE2F0C81EF827A82667943F9BF3459AEB1<br>File Hash: CFD551BB414A1FC232E5A77CC6302766506A722D9CD657624E9DFB1049238702 | 08-17-2022 23:01:21 | Blacked Raw | 06-27-2022 | 07-22-2022 | PA0002359465 |
| 20 | Info Hash: F9CC506800E5E737EE689B3860ABDE7407D3A48A<br>File Hash: F33EB3DF1FECB76B2051E4B09017F6AA74865A26D65E305568E764F8072FA454 | 07-09-2022 19:23:01 | Vixen | 07-08-2022 | 08-10-2022 | PA0002370903 |
| 21 | Info Hash: FE21A483A75DD60577396711A91AC62FA7051B21<br>File Hash: A086C198D896E8E1961014B357B8BA7C7CC3BA8F94CCFC698AD844E6D4771E80 | 06-25-2022 00:55:47 | Tushy | 06-12-2022 | 06-27-2022 | PA0002354982 |
| 22 | Info Hash: 7EFE7E84699F1073E55F54F35F175E7DA0DA9AF7<br>File Hash: AAC4376DF5AF9F483273617E9D72E69EAF62D41D1E9ABDA97D262D4991D79571 | 05-21-2022 23:40:02 | Vixen | 05-20-2022 | 06-27-2022 | PA0002354985 |
| 23 | Info Hash: FA9D7BDFA08968B72F7F0A2A7F22627B59584AB8<br>File Hash: 802ED80104504FF99B7251A3843CF24B7CE6B07F3755CFFF707B659CB87BFBD4 | 01-28-2022 23:29:16 | Vixen | 10-29-2021 | 11-11-2021 | PA0002321280 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 1B02C5FD0BD43D66CA7F1862752B7D33093B13BA<br>File Hash: 8633705E63B8E74B37A5E3E4D917CB9038CB87429F9687CD7E5A0D0887E468B4 | 01-01-2022 22:03:17 | Blacked | 12-31-2019 | 01-27-2020 | PA0002223957 |
| 25 | Info Hash: 03C069E6AEB87AFBA7D5C238902F8B37E79B3A47<br>File Hash: D529C07D0BB9480ACA88916FA1E57CE98498A9620B6923EBD09F31BEF3E2ADB7 | 01-01-2022 21:59:55 | Tushy | 07-25-2019 | 08-22-2019 | PA0002195515 |
| 26 | Info Hash: 1A73D8163644CA83E455669951E0582657F422E8<br>File Hash: 8BD1C16FAA5C47663ADA3CA5D2931DDD6D6FF4CFADA05F3FC545F4D565B08042 | 10-03-2021 17:07:00 | Vixen | 09-13-2021 | 10-05-2021 | PA0002315286 |
| 27 | Info Hash: 034CACCB30C23AC928A0869E4674DF55348A5F76<br>File Hash: 2C58F2B28CF238F28F76963857CD0E48224967B1B7335748F2BD948034B55C3C | 09-30-2021 14:11:29 | Vixen | 09-29-2021 | 11-11-2021 | PA0002321322 |
| 28 | Info Hash: DE8912B979D33F46EBE613E3A239055E77EFE57A<br>File Hash: 26E9A662624A47C0F5D104AEDA64975866D61BE9E64FA865DAB636231A655F43 | 09-26-2021 21:31:56 | Vixen | 09-13-2021 | 09-30-2021 | PA0002319739 |
| 29 | Info Hash: 3AA2EB3F1C27B3D776F2E54955D5463A3F1FF301<br>File Hash: DB95FC637A633385079D5E4B163970416681DCD627EE05F0B3D39977CE26C8C1 | 08-15-2021 20:11:55 | Vixen | 08-13-2021 | 09-08-2021 | PA0002316101 |
| 30 | Info Hash: CCEAC83A5DC4BF8E5C2DA55F99FE61BFD4E84C35<br>File Hash: 0F5D2F72B2FF480E2A6C69375F81AE99016688218161FFCFDAA5737DC1A79B62 | 08-05-2021 19:58:35 | Blacked Raw | 08-02-2021 | 08-23-2021 | PA0002308428 |
| 31 | Info Hash: 8DBCC04BF498B9E28D3AC3F7C31642C47245C765<br>File Hash: 84B84B1CD5DBABEBD937152277863DD62953535D190660D2763FAA14400BA711 | 07-24-2021 15:25:46 | Vixen | 07-23-2021 | 08-23-2021 | PA0002308400 |
| 32 | Info Hash: 2633CD97981B90290A6B07878DB24E95843051FD<br>File Hash: 12BFDB30AB4F19B7B4077D5B64A15D8A0C2A2F8AB5C3A0E5D9212F62656E8838 | 07-18-2021 19:52:31 | Blacked | 06-05-2021 | 06-15-2021 | PA0002296924 |
| 33 | Info Hash: 0B3211C8AA683053AD9C2205D34C75107F839A20<br>File Hash: B31A11000A19FCB59304064245993EEE63E01F14BF15B7D0776CE1173C608E7F | 07-18-2021 19:35:11 | Blacked | 06-26-2021 | 07-08-2021 | PA0002300662 |
| 34 | Info Hash: 1F3C71A8C75CE5A96C4CDFC55B75C9DBFE80BA96<br>File Hash: 52865408104AC768530DEA3C59663B162044009E55011D199911AD3138B2005F | 07-01-2021 18:20:58 | Vixen | 10-26-2018 | 12-10-2018 | PA0002145824 |
| 35 | Info Hash: 4FF7E0F3F9B2AA4586A17D06D9857B857F997894<br>File Hash: 10A2EE31A22364799C20A3AA25CA1BB11D74BB9824E88644DD669D541BD1E4A1 | 06-30-2021 15:19:52 | Blacked | 09-02-2018 | 11-01-2018 | PA0002143413 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: FF487258F6D9E2E846445A223A569DF217B200E8<br>File Hash: B16CC40704C8777313159AF09453C1228654A5E6AAEE05E06CA2EE871A8BB6C2 | 06-13-2021 21:10:39 | Tushy | 04-01-2018 | 04-17-2018 | PA0002116061 |
| 37 | Info Hash: F445823EE2BB5E4BF4886EB8490DF47ACC438C4E<br>File Hash: 22227D1C627D8CA3F7FA22811CBBBA6684771E7EC3663464BE82D1F688B65A95 | 06-13-2021 20:56:57 | Tushy | 05-31-2018 | 07-14-2018 | PA0002131771 |
| 38 | Info Hash: DEAEF69A92F1519FAEC0425DEC4DC04534E71CF3<br>File Hash: 3CDA231B56F1E98746A3C2AE9ADD5702103A140C0D988E45ED3A56D5ADFF2FA5 | 06-04-2021 19:27:40 | Blacked | 05-07-2021 | 06-09-2021 | PA0002295580 |
| 39 | Info Hash: 5D5ED96E6D24B9D972FDE830E47ACB42DDEB4D36<br>File Hash: 23D201D8A4A4FA448624D9FED10BA611BEA7C2A1E5B4C502DBB677CF118F5F89 | 06-04-2021 19:18:34 | Blacked Raw | 08-10-2019 | 09-11-2019 | PA0002199990 |
| 40 | Info Hash: D944CAA9B59293A71385E5B81B800565E494067A<br>File Hash: B026DC67E308DDA63D101C611E3990FE33D79A01D1EC870E92F52A11AF96D941 | 06-04-2021 19:16:35 | Blacked Raw | 02-26-2019 | 03-31-2019 | PA0002163980 |
| 41 | Info Hash: BD7CF6082D622D611074AC6E2942A3985E035E4A<br>File Hash: ADFF80E786102A1AAB52FE3D0834DFA6E42E2F196F38030786D8CACA12FF1F2F | 06-04-2021 19:14:49 | Blacked Raw | 05-04-2020 | 05-19-2020 | PA0002241475 |
| 42 | Info Hash: AFF0AC9A00C38E6A3B9D78DE51D0ACD3FEE31BAB<br>File Hash: B5B0D350B587EF9E94BF0DEADF903947299E53C8BE2CACCABD93A5032F581470 | 05-16-2021 20:29:54 | Vixen | 04-30-2021 | 06-03-2021 | PA0002299685 |
| 43 | Info Hash: 73FF56417B80001A7B359B7AD950366EA706DF13<br>File Hash: EDBBA2130B528B643297E287CBD82189A1FFD31C0F9FA6A943D45F021911BA7A | 05-11-2021 20:32:08 | Blacked Raw | 04-19-2021 | 04-27-2021 | PA0002288984 |
| 44 | Info Hash: E9DB8BE26B56BFF69AC9279777644AE132988A8F<br>File Hash: F83F1606590AC7256D37203AA4280E8892E6D55FE39E51AEFFF1693785E7D656 | 05-03-2021 20:22:34 | Blacked | 11-25-2019 | 12-09-2019 | PA0002216262 |
| 45 | Info Hash: 09BEFF88BFA6C03790189DB6616808DDF8A8A751<br>File Hash: DD3B798C8D8E9900AA8661B5435EABDAAD9A2D99BC4CA139153417B954AF5BCB | 05-01-2021 02:48:05 | Blacked Raw | 11-30-2020 | 01-04-2021 | PA0002277037 |
| 46 | Info Hash: 2A9685F1662867A99A1BF2F75C74D7635925A159<br>File Hash: 997739CDCA49570ACD6F62ED8DA696908D68B6C43D24AF15EE3A11422344A509 | 03-15-2021 20:52:28 | Blacked Raw | 03-01-2021 | 03-08-2021 | PA0002280355 |
| 47 | Info Hash: 9E327416325533C3D0F6B592CD2F8F3F70FC1D0A<br>File Hash: BB53292CCC77CAC9E8F30E027AC2F15221938C8CE0E3E907C5957FC576F75245 | 02-21-2021 20:33:12 | Blacked Raw | 11-21-2018 | 12-18-2018 | PA0002141915 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 30C2E5EEEBDF45D9C83127199FE070EEB091A96C<br>File Hash: 363C657260C54421DB941EE3B5764CF3DD8788F6570BF153BC16E19E0081CDC7 | 02-21-2021 20:16:52 | Blacked Raw | 10-19-2020 | 11-05-2020 | PA0002263389 |
| 49 | Info Hash: D90661C4EAF703AD571420CB0E7B68DA96A83C8F<br>File Hash: EC6D90A123469F683033BF6383B5F9752EA070551E408220A225B6352EE6E9B6 | 02-07-2021 20:01:11 | Blacked Raw | 01-04-2021 | 02-02-2021 | PA0002280514 |
| 50 | Info Hash: 7BCAF3207D7ADED3194F9AD8EA8BA3A9B147F568<br>File Hash: 8E557F72C44AAC0DFA29657A6636DE991F5E4DF30137A26C7DD96D6B64F21E2D | 01-27-2021 21:01:26 | Blacked Raw | 12-28-2020 | 01-05-2021 | PA0002269956 |
| 51 | Info Hash: CBEC46459AE533CA84B9B04B6112A56ECA06279B<br>File Hash: 230D3F95B666FD506C2CD0E1859CAD4F2BDE3DFF5C8BB975B0C1F971338FBB5D | 01-27-2021 21:01:23 | Blacked Raw | 01-18-2021 | 02-09-2021 | PA0002276148 |
| 52 | Info Hash: 36B7266729748819E444F7942B37F3EDD4208849<br>File Hash: D70325AC5CAC1EF7C69CF1A027FD1BF1BA1024486C96381A75A673B3F89C1F71 | 01-20-2021 16:03:04 | Blacked Raw | 02-16-2018 | 03-01-2018 | PA0002079185 |
| 53 | Info Hash: 6A894BF3E216F8344B43B3F4799B2A8986EAF94A<br>File Hash: 9D02C0BA9033BBD10B7BB3713FB983F35DCE843C71E4DCE4AF498318F002A56C | 01-18-2021 21:07:34 | Blacked Raw | 02-06-2019 | 03-24-2019 | PA0002183207 |
| 54 | Info Hash: E12C003246B83B76DC861765D6E9B1BC09E79EA4<br>File Hash: BA34499441BB13DBFE3FE061E949B68E2FE5670C2FF384FE25701B2ED20A6967 | 01-17-2021 16:56:49 | Blacked Raw | 10-19-2018 | 11-25-2018 | PA0002136715 |
| 55 | Info Hash: 16532C1256F1D8936C056A44AAECF4E274B576EB<br>File Hash: A96D177318D1B6E7045F96F5FC80064D60A1D95D1C3D2CB1273B78D2ED349D5D | 01-17-2021 16:49:09 | Blacked Raw | 03-13-2019 | 04-17-2019 | PA0002186977 |
| 56 | Info Hash: 3C0443FF390767BA5B427401087ADB1B626BCE22<br>File Hash: E520AAE48CD901AFC55DC2F91A93F95D694D5474712E3610243878B86B759E13 | 12-26-2020 19:46:30 | Vixen | 12-25-2020 | 02-02-2021 | PA0002280511 |
| 57 | Info Hash: D7849F96160CA679A287B837FEFE40DDEA87571B<br>File Hash: 0A445E74466B1700F1F7402E2C9F03169006656C8BA6A80CD36958EF9C0589E1 | 11-05-2020 21:02:54 | Blacked | 11-06-2019 | 11-15-2019 | PA0002211857 |
| 58 | Info Hash: 8C0450560F9B89D6FC85B8D65FC2A45F85BEB391<br>File Hash: D51FF4DFDC04263DDA8DDDF1C9E02997D3C0193D83460492DD9D0589FEE5B727 | 10-09-2020 15:49:37 | Tushy | 08-16-2020 | 08-18-2020 | PA0002253098 |
| 59 | Info Hash: 9B2D7FF24D25691FBFA67A7F19276AFE62D75467<br>File Hash: 743F0514EE583C16D839D66F135C80AD6B68A59E4C572E24310AF5362B24EE1C | 10-09-2020 03:49:11 | Blacked | 09-26-2020 | 10-22-2020 | PA0002261801 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 549D81C2E31A1CB34CE19937D9D3CEE671D29A4C<br>File Hash: C8CCB78689D918D0D79665B3B33C13341BA46849EA640AFB43423CF912D9BAE6 | 10-08-2020 20:56:33 | Blacked | 02-19-2020 | 03-18-2020 | PA0002241617 |
| 61 | Info Hash: C7B9E04D1B4A48BA8521CD2A63D8E0C433228F5B<br>File Hash: 944EE729ECA9231D5A144C73793D40EB4EAB660D3FC94D1A4207EDA1EFF90E16 | 10-08-2020 20:54:36 | Blacked Raw | 09-14-2020 | 09-29-2020 | PA0002258688 |